

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |  |
|---|---|---|---|
| IN RE: T. GERALD TREECE, THE INDEPENDENT EXECUTOR OF THE ESTATE OF JOHN M. O'QUINN, DECEASED, | § § § | No. 08-17-00114-CV ORIGINAL PROCEEDING ON PETITION FOR WRIT OF |
| RELATOR. | § § | MANDAMUS |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Francisco X. Dominguez, Judge of the 205th District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be dismissed as moot. We therefore dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 26TH DAY OF JULY, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.